IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                          No. 4:03CR00180-02 GH
                            [No. 4:06CV00409 GH]

RICHARD DURNAL                                                        DEFENDANT

## JUDGMENT

In accordance with the separate order filed this date, defendant's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 is denied.

DATED this 12th day of January, 2007.

*/s/ George Howard, Jr.*
UNITED STATES DISTRICT JUDGE